# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HENRY GARCIA, on behalf of himself, and all others similarly situated,<br>　　*Plaintiff,*<br><br>v.<br><br>KNIGHTEN MACHINE & SERVICE INC.,<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO.   MO:20-CV-00016 DC |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 14) filed November 20, 2020.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 23rd day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE